# UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA, LONGVIEW CHAMBER OF COMMERCE, and TEXAS ASSOCIATION OF BUSINESS,

*Petitioners*,

v.

UNITED STATES SECURITIES AND EXCHANGE COMMISSION,

*Respondent*.

No. _____

*U.S. COURT OF APPEALS RECEIVED May 12, 2023 FIFTH CIRCUIT*

# PETITION FOR REVIEW

Pursuant to 5 U.S.C. §§ 702–704, 5 U.S.C. § 706, 15 U.S.C. § 80a-42(a), and Federal Rule of Appellate Procedure 15(a), the Chamber of Commerce of the United States of America, Longview Chamber of Commerce, and Texas Association of Business hereby petition this Court for review of the order of the U.S. Securities and Exchange Commission issuing a final rule in *Share Repurchase Disclosure Modernization*, Release Nos. 34-97424; IC-34906, and entered on May 3, 2023. A copy of the order is attached as Exhibit A.

1

Dated: May 12, 2023

Tyler S. Badgley
Jordan L. Von Bokern
U.S. CHAMBER LITIGATION
CENTER
1615 H Street, N.W.
Washington, DC 20062
(202) 463-5337

Respectfully submitted,

*/s/ Noel J. Francisco*
Noel J. Francisco
James Burnham
Brian C. Rabbitt
Brinton Lucas
Charles E.T. Roberts
Ryan M. Proctor
JONES DAY
51 Louisiana Ave., NW
Washington, DC 20001
(202) 879-3939
njfrancisco@jonesday.com

*Counsel for Petitioners*

## CERTIFICATE OF ELECTRONIC SUBMISSION

I certify that: (1) any required privacy redactions have been made; (2) the electronic submission of this document is an exact copy of any corresponding paper document; and (3) the document has been scanned for viruses with the most recent version of a commercial virus scanning program and is free from viruses.

Dated: May 12, 2023                     Respectfully submitted,

                                        */s/ Noel J. Francisco*
                                        Noel J. Francisco

                                        *Counsel of Record for Petitioners*

## CERTIFICATE OF SERVICE

I certify that on May 12, 2023, the foregoing Petition for Review was electronically filed with the United States Court of Appeals for the Fifth Circuit using the CM/ECF system and two copies were sent to the Clerk of Court by overnight United Parcel Service.

I further certify that there are no parties "admitted to participate in the agency proceedings" for purposes of Federal Rule of Appellate Procedure 15(c)(1) other than the respondent.

Dated: May 12, 2023                        Respectfully submitted,

*/s/ Noel J. Francisco*
Noel J. Francisco

*Counsel of Record for Petitioners*