# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 25, 2023

Mr. Christopher Bates
Office of the Attorney General
for the State of Utah
160 E. 300, S.
Salt Lake City, UT 84111-2305

Mrs. Angela Laughlin Brown
Gray Reed & McGraw
1601 Elm Street
Suite 4600
Dallas, TX 75201

Mrs. Megan Leef Brown
Wiley Rein, L.L.P.
2050 M Street, N.W.
Washington, DC 20036

Mr. Noel John Francisco
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Ezekiel Levenson Hill
Securities and Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, DC 20549

Mr. Jeffrey Liu
Gibson, Dunn & Crutcher, L.L.P.
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5306

Ms. Julie Goldsmith Reiser
Cohen Milstein Sellers & Toll, P.L.L.C.
1100 New York Avenue, N.W.
Suite 500
Washington, DC 20005

Mr. John Paul Schnapper-Casteras
Schnapper-Casteras, P.L.L.C.
1717 K Street, N.W.
Suite 900
Washington, DC 20006

        No. 23-60255    Chamber of Com of the USA v. SEC
                        USDC No. 34-97424
                        USDC No. IC-34906
                        USDC No. 88 Fed. Reg. 36002


Dear Counsel,

You must submit the 7 paper copies of your brief required by **5TH
CIR. R.** 31.1 within 5 days of the date of this notice pursuant to
5th Cir. ECF Filing Standard E.1.


                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Charles B. Whitney, Deputy Clerk
                        504-310-7679

cc:
     Mr. Tyler Stephen Badgley
     Mr. Dominick V. Freda
     Mr. Thomas M. Johnson Jr.
     Mr. Brinton Lucas
     Mr. Kevin Ryan Palmer
     Mr. Brian Charles Rabbitt
     Mr. Charles E.T. Roberts
     Mr. Theodore Joseph Weiman