# *United States Court of Appeals*

**FIFTH CIRCUIT
OFFICE OF THE CLERK**

**LYLE W. CAYCE
CLERK**

**TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130**

November 09, 2023

Mr. Tyler Stephen Badgley
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, DC 20062-0000

Mr. Noel John Francisco
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Dominick V. Freda
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

Mr. Ezekiel Levenson Hill
Securities and Exchange Commission
Office of General Counsel
100 F Street, N.E.
Washington, DC 20549

Mr. Brinton Lucas
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Kevin Ryan Palmer
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, DC 20062-0000

Mr. Brian Charles Rabbitt
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Charles E.T. Roberts
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

Mr. Theodore Joseph Weiman
U.S. Securities & Exchange Commission
100 F Street, N.E.
Washington, DC 20549

     No. 23-60255  Chamber of Com of the USA v. SEC
                       No. 34-97424
                       No. IC-34906
                       No. 88 Fed. Reg. 36002

Dear Counsel,

Any party filing a matter outside normal business hours (M-F, 8:00 a.m. – 5:00 p.m.) that may require the court's immediate attention should call the emergency duty deputy and inform them of the filing, even if the matter does not qualify as an emergency under 5th Cir. R. 27.3. The emergency duty deputy can be reached at 504-442-0252.

                                        Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Peter A. Conners, Deputy Clerk
                                        504-310-7685

cc:
    Mr. Christopher Bates
    Mrs. Angela Laughlin Brown
    Mrs. Megan Leef Brown
    Mr. Thomas M. Johnson Jr.
    Mr. Jeffrey Liu
    Ms. Julie Goldsmith Reiser
    Mr. John Paul Schnapper-Casteras