# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 24, 2023

Mr. Tyler Stephen Badgley
Mr. Kevin Ryan Palmer
U.S. Chamber Litigation Center
1615 H Street, N.W.
Washington, DC 20062-0000

Mr. Noel John Francisco
Mr. Brinton Lucas
Mr. Brian Charles Rabbitt
Mr. Charles E.T. Roberts
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001

    No. 23-60255    Chamber of Com of the USA v. SEC
                             Agency No. 34-97424
                             Agency No. IC-34906
                             Agency No. 88 Fed. Reg. 36002

Dear Counsel:

The court directs the Petitioners to respond to Respondent's motion to extend the remand period. The response is due for filing by no later than **6:00 p.m. CST today, November 24, 2023**.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Allison G. Lopez, Deputy Clerk
                                          504-310-7702

cc:  Mr. Christopher Bates
     Mrs. Angela Laughlin Brown

Mrs. Megan Leef Brown
Mr. Dominick V. Freda
Mr. Ezekiel Levenson Hill
Mr. Thomas M. Johnson Jr.
Mr. Jeffrey Liu
Ms. Julie Goldsmith Reiser
Mr. John Paul Schnapper-Casteras
Mr. Theodore Joseph Weiman