United States Court of Appeals
for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
December 19, 2023
Lyle W. Cayce
Clerk

No. 23-60255

Chamber of Commerce of the United States of America;
Longview Chamber of Commerce; Texas Association of
Business,

*Petitioners,*

*versus*

United States Securities and Exchange Commission,

*Respondent.*

_____

Petition for Review from an Order of
the Securities and Exchange Commission
Agency No. 34-97424
Agency No. IC-34906
Agency No. 88 Fed. Reg. 36002

_____

Before Smith and Southwick, *Circuit Judges.* [*]

J U D G M E N T

This cause was considered on the petition of Chamber of Commerce of the United States of America, Longview Chamber of Commerce, and

---

[*] Judge Higginson, who has a member of the panel, now stands recused. This opinion is issued by a quorum. *See* 28 U.S.C. § 46(d).

No. 23-60255

Texas Association of Business, for review of an order of the United States Securities and Exchange Commission and was argued by counsel.

IT IS ORDERED and ADJUDGED that the decision of the United States Securities and Exchange Commission is VACATED.

IT IS FURTHER ORDERED that Respondent pay to Petitioners the costs on appeal to be taxed by the Clerk of this Court.